# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT WATSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:19-cv-00671-KOB-HNJ |
| KEVIN TURNER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On July 16, 2020, the Magistrate Judge entered a Report and Recommendation, recommending that the court grant the defendants' motion for summary judgment and deny the plaintiff's motion for summary judgment. (Doc. 67). No party filed any objections.

After carefully considering all of the filings in this case, including the Report and Recommendation and motions for summary judgment, the court hereby ADOPTS the magistrate judge's report and ACCEPTS his findings. For the reasons stated in the magistrate judge's Report and Recommendation, the court finds that the defendants' motion for summary judgment should be GRANTED and the plaintiff's motion for summary judgment should be DENIED.

A court will enter a separate Final Judgment.

DONE and ORDERED this 11th day of August, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE